1 **LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
2 **JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10671
3 **MORAN BRANDON BENDAVID MORAN**
4 630 S. Fourth Street
Las Vegas, Nevada 89101
5 (702) 384-8424
(702) 384-6568 - *facsimile*
6 l.brandon@moranlawfirm.com
7 Attorneys for Defendants,
CAESARS ENTERTAINMENT CORPORATION
8 and RIO PROPERTIES, LLC

9 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
10

11 JAY AMES, Individually and on behalf of
all others similarly situated,          CASE NO.: 2:17-cv-02910-GMN-VCF
12

13          Plaintiff(s),
14 v.

15 CAESARS ENTERTAINMENT
CORPORATION d.b.a. RIO ALL-SUITS
16 HOTEL AND CASINO; RIO
PROPERTIES LLC, A Nevada Limited
17 Liability Company; and DOES 2-50,
inclusive,
18
          Defendant(s)
19

20

21 **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER**
**RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

22          IT IS HEREBY STIPULATED AND AGREED TO by Defendants, CAESARS
23
24 ENTERTAINMENT CORPORATION and RIO PROPERTIES, LLC by and through their
25 attorneys, LEW BRANDON, JR., ESQ. and JUSTIN W. SMERBER, ESQ. of MORAN
26 BRANDON BENDAVID MORAN and ADAM C. RAPAPORT, ESQ. of THE LAW
27 OFFICES OF ADAM C. RAPAPORT that Defendants have an extension to file an
28 ///

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

1 Answer or other responsive pleading to Plaintiff's First Amended Complaint up to and

2 including December 28, 2017.

3       DATED this 30‌ᵗʰ day of November 2017.

4

5 **THE LAW OFFICE OF ADAM C. MORAN BRANDON BENDAVID MORAN RAPAPORT**

6

7 _Adam Rapaport_         _Matthew for #13781_

8 **ADAM C. RAPAPORT, ESQ.**      **LEW BRANDON, JR., ESQ.**
   Nevada Bar No. 13008             Nevada Bar No. 5880

9 235 W. Brooks Avenue          **JUSTIN W. SMERBER, ESQ.**
North Las Vegas, Nevada 89030     Nevada Bar No. 10761

10 702-789-4932                   630 S. Fourth Street
Facsimile – 702-798-4932        Las Vegas, Nevada 89101

11 adamrapaportesq@gmail.com      Attorneys for Defendants,
Attorney for Plaintiff,           CAESARS ENTERTAINMENT

12 JAY AMES                     CORPORATION

13                          and RIO PROPERTIES, LLC

14

15           **IT IS SO ORDERED.**

16

17           _____
          U.S. Magistrate Judge

18                12-4-2017
          Dated:_____

19

20

21

22

23

24

25

26

27

28



MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568