# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAY AMES, Individually and on behalf of all others similarly situated,

Plaintiff(s),

vs.

CAESARS ENTERTAINMENT CORPORATION; RIO PROPERTIES LLC,

Defendant(s).

Case #17-cv-02910-GMN-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Robert A. Waller, Jr._____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

   _____Law Office of Robert A. Waller, Jr._____
   (firm name)

with offices at _____P.O. Box 999_____,
                     (street address)

_____Cardiff-by-the-Sea_____, _____California_____, _____92007_____,
         (city)                          (state)                 (zip code)

_____760-753-3118_____, _____robert@robertwallerlaw.com_____.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

   _____Jay Ames_____ to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 12/10/1993 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the United States | 10/20/2003 | |
| U.S. Court of Appeals for the Ninth Circuit | 11/21/2001 | |
| U.S.D.C. for the Southern District of California | 12/10/1993 | |
| U.S.D.C. for the Central District of California | 11/08/2001 | |
| U.S.D.C. for the Northern District of California | 9/13/2016 | |
| U.S.D.C. for the District of Columbia | 6/6/2016 | CA00008 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF ____California____ )
                            )
COUNTY OF ___SAN DIEGO___ )

____Robert A. Waller, Jr.____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__14__ day of __December__, __2017__.

_____
Notary Public or Clerk of Court

ROBERT M. NEILL
COMM. # 2184292
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Comm. Exp. MARCH 20, 2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Adam C. Rapaport____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____235 West Brooks Avenue_____,
(street address)

____North Las Vegas____, ____Nevada____, ____89030____,
(city)                    (state)            (zip code)

____702-789-4932____, ____adamrapaportesq@gmail.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Adam C. Rapaport_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Jay Ames, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

SBN 13008                    adamrapaportesq@gmail.com
Bar number                   Email address

APPROVED:

**DATED** this ___21___ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

5

Rev. 5/16

THE STATE BAR
OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

October 26, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ROBERT A. WALLER, #169604 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1993; that at his request, on February 8, 1994, his name was changed to ROBERT A WALLER JR on the records of the State Bar of California; that he has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records