Janice M. Michaels (State Bar No. 6062)
jmichaels@wshblaw.com
Christina M. Mamer (State Bar No. 13181)
cmamer@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Phone: 702 251 4100 ♦ Fax: 702 251 5405

Attorneys for Defendant Rio Properties LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AARON LEIGH-PINK, and TANA EMERSON, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIO PROPERTIES LLC, a Nevada Limited Liability Company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 17-cv-02910-GMN-VCF<br><br>**MOTION FOR SUBSTITUTION OF ATTORNEY**<br><br>Complaint Filed: October 11, 2017<br>Trial Date:         None Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, RIO PROPERTIES LLC hereby requests that Janice Michaels, Esq. and Christina Mamer, Esq. of Wood Smith Henning & Berman, LLP be substituted in place of Lewis W. Brandon, Jr., Esq. of Moran Brandon Bendavid Moran. Richard Fama, Esq. with the law firm of Cozen O'Connor continues as counsel, *pro hac vice*, for RIO PROPERTIES LLC. The substitution of attorney executed by Rio Properties LLC, Janice

/ / /

/ / /

/ / /

/ / /

Michaels of Wood Smith Henning & Berman, LLP, and Lewis W. Brandon, Jr. of Moran Brandon Bendavid is attached hereto as Exhibit A.

DATED: March 16, 2018              WOOD, SMITH, HENNING & BERMAN LLP


By:  /s/ Janice M. Michaels
     JANICE M. MICHAELS
     CHRISTINA M. MAMER
     Attorneys for Defendant Rio Properties LLC


DATED: March 16th, 2018


By:  [signature]
     ~~JUDGE GLORIA NAVARRO~~
     Cam Ferenbach
     United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2018, a true and correct copy of **MOTION FOR SUBSTITUTION OF ATTORNEY** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Judy Wisotsky
An Employee of WOOD, SMITH, HENNING & BERMAN LLP

EXHIBIT "A"

Janice M. Michaels (State Bar No. 6062)
jmichaels@wshblaw.com
Christina M. Mamer (State Bar No. 13181)
cmamer@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Phone: 702 251 4100 ♦ Fax: 702 251 5405

Attorneys for Defendant Rio Properties LLC

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AARON LEIGH-PINK, and TANA EMERSON, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIO PROPERTIES LLC, a Nevada Limited Liability Company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 17-cv-02910-GMN-VCF<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Trial Date:    None Set |

TO:   ALL INTERESTED PARTIES; and

TO:   THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant, RIO PROPERTIES LLC hereby substitutes the law firm of WOOD, SMITH, HENNING & BERMAN, LLP, as counsel of record in the above-entitled action in the place and stead of the law firm of MORAN BRANDON BENDAVID MORAN. Richard

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEGAL:10901-0006/8722441.1

Fama, Esq. with the law firm of Cozen O'Connor continues as counsel, *pro hac vice*, for RIO PROPERTIES LLC.

March 15, 2018

RIO PROPERTIES LLC

By _____

WOOD, SMITH, HENNING & BERMAN, LLP hereby consents to be substituted in the place and stead of MORAN BRANDON BENDAVID MORAN as counsel of record for the Defendant in the above-entitled action.

March 15, 2018

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law

By _____
JANICE M. MICHAELS
Nevada Bar No. 6062
7674 West Lake Mead Boulevard
Suite 150
Las Vegas, Nevada 89128-6644
Tel. 702 251 4100

Attorneys for Defendant, RIO PROPERTIES LLC

MORAN BRANDON BENDAVID MORAN does hereby consent to the substitution of the law firm of WOOD, SMITH, HENNING & BERMAN, LLP as counsel of record for Defendant, RIO PROPERTIES LLC in the above-entitled action.

March 9, 2018

MORAN BRANDON BENDAVID MORAN

By _____
LEWIS W. BRANDON, JR.
Nevada Bar No. 5880
630 South Fourth Street, Suite 400
Las Vegas, Nevada 89101
Tel. 702 384 8424