Janice M. Michaels (State Bar No. 6062)
jmichaels@wshblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, NV 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405

Richard Fama, Esq. (Pro Hac Vice)
rfama@cozen.com
**COZEN O'CONNOR**
45 Broadway Atrium, Suite 1600
New York, NY 10006
Phone: 212 908 1229 ♦ Fax: 866 263 1334

Attorneys for Defendant, Rio Properties LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AARON LEIGH-PINK, and TANA EMERSON, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIO PROPERTIES LLC, a Nevada Limited Liability Company; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 17-CV-02910-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

WHEREAS on April 19, 2019, Plaintiffs filed their Third Amended Complaint;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant's response to the Third Amended Complaint is due May 3, 2019;

WHEREAS, counsel for Defendant requested an extension of time of two (2) weeks until May 17, 2019 to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint; and

WHEREAS, counsel for Plaintiffs agreed to the request;

/ / /

/ / /

/ / /

LEGAL:10901-0006/11462749.1  Case No. 17-CV-02910-GMN-VCF

STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT

NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto, through their respective counsel, that Defendant Rio Properties LLC shall have up to and including May 17, 2019 to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint.

| **COUNSEL FOR PLAINTIFFS AARON LEIGH-PINK AND TANA EMERSON** | **COUNSEL FOR RIO PROPERTIES LLC** |
|---|---|
| */s/ Adam C. Rapaport* | */s/ Janice M. Michaels* |
| ADAM C. RAPAPORT<br>Nevada Bar No. 13880<br>**THE LAW OFFICE OF ADAM C. RAPAPORT**<br>235 W. Brooks Avenue<br>North Las Vegas, Nevada 89030<br>Tel: (702) 789-4932<br>Facsimile: (710) 789-4932<br>adamrapaportesq@gmail.com<br><br>ROBERT A. WALLER, JR. (Pro Hac Vice)<br>**THE LAW OFFICE OF ROBERT A. WALLER, JR.**<br>P.O. Box 999<br>Cardiff-by-the-Sea, California 92007<br>Tel: (760) 753-3118<br>Facsimile: (760) 753-3206<br>robert@robertwallerlaw.com | JANICE M. MICHAELS<br>Nevada Bar No. 6062<br>**WOOD, SMITH, HENNING & BERMAN LLP**<br>2881 Business Park Court, Suite 200<br>Las Vegas, NV 89128-9020<br>Tel: (702) 251-4100<br>Facsimile: (702) 251-5405<br>jmichaels@wshblaw.com<br><br>RICHARD FAMA (Pro Hac Vice)<br>**COZEN O'CONNOR**<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>Tel: (212) 908-1229<br>Facsimile: (866) 263-1334<br>rfama@cozen.com |

### **ORDER**

Pursuant to the Stipulation for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiffs' Third Amended Complaint, it is hereby ORDERED that Defendant Rio Properties LLC shall have up to and including May 17, 2019 to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint.

Dated:

_____
Cam Ferenbach
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2019, a true and correct copy of **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Alex J. Moya*
An Employee of
WOOD, SMITH, HENNING & BERMAN LLP