AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jay Ames, et al.,

          Plaintiff,

v.

Caesars Entertainment Corporation, et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02910-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendant and against Plaintiffs.

11/26/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk