Karl O. Riley, Esq.
Nevada Bar No. 12077
**COZEN O'CONNOR**
500 North Rainbow Blvd., Suite 300
Las Vegas, NV 89107
Telephone: 702.470.2330
Facsimile: 702.470.2370
Email: koriley@cozen.com

Richard Fama, Esq. (*admitted pro hac vice*)
New York Bar No. 2624054
**COZEN O'CONNOR**
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007
Telephone: 212.509.9400
Facsimile: 212.509.9492
Email: rfama@cozen.com

*Attorneys for Defendant Rio Properties, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AARON LEIGH-PINK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RIO PROPERTIES LLC,<br><br>　　　　Defendant. | Case No. 2:17-cv-02910-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　Under Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Aaron Leigh-Pink and Tana Emerson, and Defendant Rio Properties LLC, by and through their attorneys of record, hereby stipulate and agree to the dismissal with prejudice of all claims of Plaintiffs AARON LEIGH-PINK and TANA EMERSON, and dismissal without prejudice of all claims of the putative class members. The parties further stipulate that each are to bear their own fees and costs.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| DATED August 8, 2023 | DATED August 8, 2023 |
| By, | **COZEN O'CONNOR** |
| */s/ Robert A. Waller, Jr.* <br> Adam C. Rapaport (SBN 13008) <br> The Law Office of Adam C. Rapaport <br> 235 W. Brooks Avenue <br> North Las Vegas, Nevada 89030 <br> Telephone: 702-789-4932 <br> Facsimile: 702-789-4932mail: <br> adamrapaportesq@gmail.com | */s/ Karl O. Riley, Esq.* <br> KARL O. RILEY, ESQ. (#12077) <br> 500 N. Rainbow Blvd., Suite 300 <br> Las Vegas, NV 89107 <br> Telephone: (702) 470-2314 |
| Robert A. Waller, Jr. (SBN 169604) *Admitted Pro Hac Vice* <br> LAW OFFICE OF ROBERT A. WALLER, JR. <br> P.O. Box 999 <br> Cardiff-by-the-Sea, California 92007 <br> Telephone: (760) 753-3118 <br> Facsimile: (760) 753-3206 <br> Email: robert@robertwallerlaw.com | Richard Fama, Esq. (*admitted pro hac vice*) <br> New York Bar No. 2624054 <br> 3 WTC <br> 175 Greenwich Street, 55th Floor <br> New York, NY 10007 <br> Telephone: 212.509.9400 <br><br> *Attorneys for Defendant Rio Properties, LLC* |
| *Attorneys for Plaintiffs* | |

Signature Certification:

I, Robert A. Waller, Jr., hereby certify that the content of this document is acceptable to Karl O. Riley and Richard Fama, counsel for defendants, and that I have obtained this counsel's authorization to affix their electronic signatures to this document.

DATED August 10, 2023                              By,

                                                                        */s/ Robert A. Waller, Jr.*

**ORDER**

For good cause appearing,

**IT IS SO ORDERED.**

Dated: August 10, 2023

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify the foregoing document was served on all counsel of record in this action through the ECF system.

Dated: August 10, 2023     /s/ Robert A. Waller, Jr.